JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEIMUR AMIRY,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN BILLETTER and JOSEPH MESSINA, doing business as FOR NOW FREIGHT DIVISION,<br><br>        Defendants. | NO. CV 11-07243 SJO (FFMx)<br><br>**JUDGMENT** |

    This action came before the Court on Plaintiff Teimur Amiry's ("Plaintiff") Motion for Default Judgment against Defendant John Billetter ("Defendant").  Having carefully considered all the pleadings, documentary evidence, and arguments,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That judgment be entered in favor of Plaintiff on his claim against Defendant John Billetter for breach of contract.

///

///

///

2. That Plaintiff is awarded monetary damages against Defendant John Billetter in the amount of $100,000.00 for the loss of two of Plaintiff's paintings.

IT IS SO ADJUDGED.

Dated: April 18, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE